IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ADAM PAUL LARKIN, # 241956, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:10-cv-460-MEF |
| | ) |
| TROY KING, *et al.*, | ) (WO) |
| | ) |
| Defendants. | ) |

# **O R D ER**

On June 8, 2010, the Magistrate Judge filed a Recommendation (Doc. # 12) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT, and DECREE of the Court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The plaintiff's motion for a preliminary injunction is DENIED.

3. This case is REFERRED back to the Magistrate Judge for further appropriate proceedings.

DONE this the 2nd day of July, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE