IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ADAM PAUL LARKIN, #241956, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:10-CV-460-MEF |
| | ) | [WO] |
| TROY KING, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

Adam Paul Larkin ["Larkin"] initiated this 42 U.S.C. § 1983 complaint challenging

a potential loss of good time credits and the constitutionality of the Alabama Community

Notification Act.  On July 6, 2010, this court entered an order, a copy of which the Clerk

mailed to Larkin.  The postal service returned this order because Larkin no longer resided at

the address he had provided to the court.  In light of the foregoing and as this case cannot

proceed without a proper address for the plaintiff, the court entered an order requiring that

on or before July 26, 2010 Larkin inform the court of his present address.  *Order of July 15,*

*2010 - Court Doc. No. 16*.  This order specifically cautioned Larkin that his failure to comply

with its directives would result in a recommendation that this case be dismissed.  *Id*.  Larkin

has filed nothing in response to the July 15, 2010 order.  The court therefore concludes that

this case is due to be dismissed.

**CONCLUSION**

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case

be dismissed without prejudice for failure of the plaintiff to prosecute this action.

It is further

ORDERED that on or before August 10, 2010 the parties may file objections to the Recommendation.  Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which the party is objecting.  Frivolous, conclusive or general objections will not be considered by the District Court.  The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a de novo determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings in the Recommendation accepted or adopted by the District Court except upon grounds of plain error or manifest injustice.  *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982).  *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982).  *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, *en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done this 27th day of July, 2010.


/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE