IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ADAM PAUL LARKIN, #241956, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:10-cv-460-MEF |
| | ) |
| TROY KING, *et al.,* | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

On July 27, 2010, the Magistrate Judge filed a Recommendation (Doc. #17) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This cause is DISMISSED without prejudice for failure of the plaintiff to prosecute this action.

DONE this the 20th day of August, 2010.

                                            /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE